UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                          :        CHAPTER 13
    JAYNEE ALEXIS DAVIS, A/K/A         :
    JAYNEE A REEVES, A/K/A             :
    JAYNEE REEVES BAPTISTE             :
          Debtor(s)                  :        No. 20-10767 amc

ORDER

AND NOW, this 25th day of February 2020, the Court having considered the

Debtor's Motion for Extension of Time to File Required Documents, submitted by the

attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing

therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and

including March 5, 2020, within which to file all required documents.

_____
 ASHELY M. CHAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mrs. Jaynee Alexis Davis
246 MacDonald Avenue
Wyncote, PA 19095