United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jaynee Alexis Davis  
      Debtor

Case No. 20-10767-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith                  Page 1 of 1                  Date Rcvd: Feb 25, 2020  
                  Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.  
db          +Jaynee Alexis Davis,   246 MacDonald Avenue,   Wyncote, PA 19095-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:  
        MICHELE PEREZ CAPILATO    on behalf of Debtor Jaynee Alexis Davis perezcapilatolaw@yahoo.com,  
         michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    ONYX BAY TRUST bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                      TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|     JAYNEE ALEXIS DAVIS, A/K/A | : | |
|     JAYNEE A REEVES, A/K/A | : | |
|     JAYNEE REEVES BAPTISTE | : | |
|         Debtor(s) | : | No. 20-10767 amc |

ORDER

AND NOW, this  25th  day of February 2020, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including March 5, 2020, within which to file all required documents.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mrs. Jaynee Alexis Davis
246 MacDonald Avenue
Wyncote, PA 19095