# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYNEE ALEXIS DAVIS a/k/a | : | |
| JAYNEE A REEVES a/k/a JAYNEE | : | CHAPTER 13 |
| REEVES BAPTISTE | : | |
| | : | |
| Debtor | : | |
| | : | No. 20-10767 amc |

## ORDER

AND NOW, this 11th day of March, 2020 the Court having considered the Debtor's Second Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including March 15, 2020, within which to file all required documents.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Jaynee Alexis Davis
246 MacDonald Ave
Wyncote PA 19095