```
XVT    013267  000105  1    0000030038    1
```
065-0001



| | |
|---|---|
| FAIRMOUNT LONG TERM CARE | Period Beginning: 12/30/2019 |
| 2100 WEST GIRARD AVENUE | Period Ending: 01/12/2020 |
| PHILADELPHIA, PA 19130 | Pay Date: 01/17/2020 |

# Earnings Statement

ADP

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

JAYNEE DAVIS
246 MACDONALD AVENUE
WYNCOTE PA 19095-2403

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Prem | 67.9500 | 8.25 | 560.59 | 560.59 |
| Weekend | 45.3000 | 17.25 | 781.43 | 1,155.16 |
| **Gross Pay** | | | **$1,342.02** | 1,715.75 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Emplr 401K | 26.84 | 34.31 |

**Important Notes**
BASIS OF PAY: HOURLY

**Deductions**  **Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -129.47 | 150.73 |
| Social Security Tax | -83.21 | 106.38 |
| Medicare Tax | -19.46 | 24.88 |
| PA State Income Tax | -41.20 | 52.67 |
| Philadelphia Income Tax | -51.95 | 66.42 |
| PA SUI/SDI Tax | -0.81 | 1.03 |

**Other**

| | | |
|---|---|---|
| 401(K) Nonunion | -53.68* | 68.63 |
| **Net Pay** | **$962.24** | |
| SAVINGS 1 | -962.24 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,288.34

© 2000 ADP, LLC



FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130

**Advice number:** 00000030038
**Pay date:** 01/17/2020



**Deposited to the account of**
JAYNEE DAVIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2886 | xxxx xxxx | $962.24 |

# NON-NEGOTIABLE



FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130

064-0001

**Earnings Statement** ADP

| | |
|---|---|
| Period Beginning: | 01/13/2020 |
| Period Ending: | 01/26/2020 |
| Pay Date: | 01/31/2020 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JAYNEE DAVIS
246 MACDONALD AVENUE
WYNCOTE PA 19095-2403

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Weekend | 45.3000 | 14.75 | 668.18 | 1,823.34 |
| Holiday Prem | | | | 560.59 |
| **Gross Pay** | | | **$668.18** | 2,383.93 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 13.37 | 47.68 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -51.84 | 202.57 |
| | Social Security Tax | -41.42 | 147.80 |
| | Medicare Tax | -9.69 | 34.57 |
| | PA State Income Tax | -20.51 | 73.18 |
| | Philadelphia Income Tax | -25.86 | 92.28 |
| | PA SUI/SDI Tax | -0.40 | 1.43 |
| | **Other** | | |
| | 401(K) Nonunion | -26.73* | 95.36 |
| | **Net Pay** | **$491.73** | |
| | SAVINGS 1 | -491.73 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $641.45

© 2000 ADP, LLC



FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130

| | Advice number: | 00000050037 |
|---|---|---|
| | Pay date: | 01/31/2020 |

**Deposited to the account of**
JAYNEE DAVIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2886 | xxxx xxxx | $491.73 |



**NON-NEGOTIABLE**

**Earnings Statement** 



FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130
063-0001

| | |
|---|---|
| Period Beginning: | 12/02/2019 |
| Period Ending: | 12/15/2019 |
| Pay Date: | 12/20/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JAYNEE DAVIS
246 MACDONALD AVENUE
WYNCOTE PA 19095-2403

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Weekend | 44.2000 | 33.75 | 1,491.75 | 11,361.58 |
| Regular | | | | 2,198.95 |
| Shift Diff | | | | 796.95 |
| Weekend Shift | | | | 4,006.61 |
| **Gross Pay** | | | **$1,491.75** | 18,364.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 29.84 | 367.29 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -146.84 | 1,681.47 |
| Social Security Tax | | -92.48 | 1,138.57 |
| Medicare Tax | | -21.63 | 266.28 |
| PA State Income Tax | | -45.79 | 563.79 |
| Philadelphia Income Tax | | -57.74 | 711.91 |
| PA SUI/SDI Tax | | -0.90 | 11.02 |
| **Other** | | | |
| 401(K) Nonunion | | -59.67* | 734.56 |
| **Net Pay** | | **$1,066.70** | |
| SAVINGS 1 | | -1,066.70 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,432.08



FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130

| | | |
|---|---|---|
| **Advice number:** | | 00000510035 |
| **Pay date:** | | 12/20/2019 |



**Deposited to the account of**
JAYNEE DAVIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2886 | xxxx xxxx | $1,066.70 |

**NON-NEGOTIABLE**

© 2000 ADP, LLC



**Earnings Statement**

FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130

Period Beginning: 12/16/2019
Period Ending: 12/29/2019
Pay Date: 01/03/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JAYNEE DAVIS
246 MACDONALD AVENUE
WYNCOTE PA 19095-2403

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Weekend | 45.3000 | 8.25 | 373.73 | 373.73 |
| **Gross Pay** | | | **$373.73** | 373.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -21.26 | 21.26 |
| | Social Security Tax | -23.17 | 23.17 |
| | Medicare Tax | -5.42 | 5.42 |
| | PA State Income Tax | -11.47 | 11.47 |
| | Philadelphia Income Tax | -14.47 | 14.47 |
| | PA SUI/SDI Tax | -0.22 | 0.22 |
| | **Other** | | |
| | 401(K) Nonunion | -14.95* | 14.95 |
| | **Net Pay** | **$282.77** | |
| | SAVINGS 1 | -282.77 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplr 401K | 7.47 | 7.47 |

**Important Notes**
BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 44.2000 TO 45.3000.

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $358.78

© 2000 ADP, LLC



FAIRMOUNT LONG TERM CARE
2100 WEST GIRARD AVENUE
PHILADELPHIA, PA 19130

Advice number: 00000010035
Pay date: 01/03/2020



**Deposited to the account of**
JAYNEE DAVIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2886 | xxxx xxxx | $282.77 |

**NON-NEGOTIABLE**

Case 20-10767-amc    Doc 21    Filed 03/16/20    Entered 03/16/20 00:19:22    Desc Main
Document    Page 5 of 14

Payslip: Reeves-Davis, Jaynee (4246801):
01/11/2020 (Regular) - Complete

09:07 AM
02/05/2020
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Reeves-Davis, Jaynee | 4246801 | 12/29/2019 | 01/11/2020 | 01/17/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 4,301.89 | 518.26 | 1,232.90 | 52.18 | 2,547.85 |
| YTD | 135.00 | 8,225.77 | 1,013.84 | 2,326.73 | 104.36 | 4,884.66 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/29/2019 - 01/11/2020 | 48.00 | 47.32335 | 2,271.53 | 120.00 | 5,678.82 |
| PPV @ Different Rates | 12/29/2019 - 01/11/2020 | 12.00 | 43.00 | 516.00 | 15.00 | 654.00 |
| PTO | 12/29/2019 - 01/11/2020 | 8.00 | 47.32335 | 378.59 | 8.00 | 378.59 |
| Holiday | | | | | 8.00 | 378.59 |
| Holiday | 12/29/2019 - 01/11/2020 | 8.00 | 47.32335 | 378.59 | 8.00 | 378.59 |
| Floating Holiday | 12/29/2019 - 01/11/2020 | 16.00 | 47.32335 | 757.18 | 16.00 | 757.18 |
| Mileage Reimb | 12/29/2019 - 01/11/2020 | 0.00 | 0.00 | 49.30 | 0.00 | 103.82 |
| Group Term Life | 12/29/2019 - 01/11/2020 | 0.00 | 0.00 | 9.72 | 0.00 | 19.44 |
| | | | Total: | 4,360.91 | | 8,349.03 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 251.20 | 478.95 |
| Medicare | 58.74 | 112.01 |
| Federal Withholding | 647.62 | 1,209.96 |
| State Tax - PA | 124.08 | 236.56 |
| SUI-Employee Paid - PA | 2.59 | 4.95 |
| City Tax - PHILA | 148.67 | 284.30 |
| Total: | 1,232.90 | 2,326.73 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 258.12 | 493.56 |
| Dental - Delta | 41.04 | 82.08 |
| Medical - IBC | 202.88 | 405.76 |
| Vision - United Health Care | 16.22 | 32.44 |
| Total: | 518.26 | 1,013.84 |

## Post Tax Deductions

Payslip: Reeves-Davis, Jaynee (4246801):
01/11/2020 (Regular) - Complete

09:07 AM
02/05/2020
Page 2 of 2

| Description | Amount | YTD |
|---|---:|---:|
| Supplemental AD&D - The Hartford | 4.02 | 8.04 |
| Supplemental Child Life - The Hartford | 0.92 | 1.84 |
| Supplemental Life - The Hartford | 25.50 | 51.00 |
| Supplemental Life Spouse - The Hartford | 21.74 | 43.48 |
| Total: | 52.18 | 104.36 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---:|---:|
| ER - Basic Life & AD&D Insurance - The Hartford | 4.16 | 8.32 |
| ER - Dental - Delta - NonTaxable | 4.56 | 9.12 |
| ER - Long Term Disability - The Hartford | 9.65 | 19.30 |
| ER - Medical - IBC - NonTaxable | 686.38 | 1,372.76 |
| Total: | 704.75 | 1,409.50 |

Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 4,051.47 | 7,724.93 |
| Medicare - Taxable Wages | 4,051.47 | 7,724.93 |
| Federal Withholding - Taxable Wages | 3,793.35 | 7,231.37 |
| State Tax Taxable Wages - PA | 4,041.75 | 7,705.49 |
| City Tax Taxable Wages - PHILA | 4,311.61 | 8,245.21 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| TH Float Holiday - (Biweekly B) | 16.00 | 16.00 | 0.00 |
| TH PTO Accrual (Biweekly B) | 6.461539 | 8.00 | 81.231539 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Philadelphia Federal Credit Union | PFCU | ******2886 | 2,547.85 | USD |
| | | Total: | 2,547.85 | |

Case 20-10767-amc    Doc 21    Filed 03/16/20    Entered 03/16/20 00:19:22    Desc Main
Document    Page 7 of 14

Payslip: Reeves-Davis, Jaynee (4246801):
01/25/2020 (Regular) - Complete

09:07 AM
02/05/2020
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Reeves-Davis, Jaynee | 4246801 | 01/12/2020 | 01/25/2020 | 01/31/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,821.87 | 489.46 | 1,058.18 | 52.18 | 2,271.35 |
| YTD | 215.00 | 12,047.64 | 1,503.30 | 3,384.91 | 156.54 | 7,156.01 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/12/2020 - 01/25/2020 | 80.00 | 47.32335 | 3,785.87 | 200.00 | 9,464.69 |
| PTO | | | | | 8.00 | 378.59 |
| Holiday | | | | | 8.00 | 378.59 |
| Holiday | | | | | 8.00 | 378.59 |
| Floating Holiday | | | | | 16.00 | 757.18 |
| Mileage Reimb | 01/12/2020 - 01/25/2020 | 0.00 | 0.00 | 49.30 | 0.00 | 153.12 |
| Group Term Life | 01/12/2020 - 01/25/2020 | 0.00 | 0.00 | 9.72 | 0.00 | 29.16 |
| PPV @ Different Rates | 12/29/2019 - 01/11/2020 | 0.00 | 0.00 | 36.00 | 15.00 | 690.00 |
| | | | Total: | 3,880.89 | | 12,229.92 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 221.43 | 700.38 |
| Medicare | 51.79 | 163.80 |
| Federal Withholding | 541.19 | 1,751.15 |
| State Tax - PA | 109.35 | 345.91 |
| SUI-Employee Paid - PA | 2.30 | 7.25 |
| City Tax - PHILA | 132.12 | 416.42 |
| Total: | 1,058.18 | 3,384.91 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 229.32 | 722.88 |
| Dental - Delta | 41.04 | 123.12 |
| Medical - IBC | 202.88 | 608.64 |
| Vision - United Health Care | 16.22 | 48.66 |
| Total: | 489.46 | 1,503.30 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 4.02 | 12.06 |

Case 20-10767-amc    Doc 21    Filed 03/16/20    Entered 03/16/20 00:19:22    Desc Main
Document    Page 8 of 14

Payslip: Reeves-Davis, Jaynee (4246801):
01/25/2020 (Regular) - Complete

09:07 AM
02/05/2020
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Supplemental Child Life - The Hartford | 0.92 | 2.76 |
| Supplemental Life - The Hartford | 25.50 | 76.50 |
| Supplemental Life Spouse - The Hartford | 21.74 | 65.22 |
| Total: | 52.18 | 156.54 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 4.16 | 12.48 |
| ER - Dental - Delta - NonTaxable | 4.56 | 13.68 |
| ER - Long Term Disability - The Hartford | 9.65 | 28.95 |
| ER - Medical - IBC - NonTaxable | 686.38 | 2,059.14 |
| Total: | 704.75 | 2,114.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,571.45 | 11,296.38 |
| Medicare - Taxable Wages | 3,571.45 | 11,296.38 |
| Federal Withholding - Taxable Wages | 3,342.13 | 10,573.50 |
| State Tax Taxable Wages - PA | 3,561.73 | 11,267.22 |
| City Tax Taxable Wages - PHILA | 3,831.59 | 12,076.80 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH Float Holiday - (Biweekly B) | 0.00 | 0.00 | 0.00 |
| TH PTO Accrual (Biweekly B) | 6.461539 | 0.00 | 87.693078 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Philadelphia Federal Credit Union | PFCU | ******2886 | 2,271.35 | USD |
| | | Total: | 2,271.35 | |

Payslip: Reeves-Davis, Jaynee (4246801): 01/25/2020 (Regular) - Complete

09:10 AM
02/05/2020
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Reeves-Davis, Jaynee | 4246801 | 01/12/2020 | 01/25/2020 | 01/31/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,821.87 | 489.46 | 1,058.18 | 52.18 | 2,271.35 |
| YTD | 215.00 | 12,047.64 | 1,503.30 | 3,384.91 | 156.54 | 7,156.01 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/12/2020 - 01/25/2020 | 80.00 | 47.32335 | 3,785.87 | 200.00 | 9,464.69 |
| PTO | | | | | 8.00 | 378.59 |
| Holiday | | | | | 8.00 | 378.59 |
| Holiday | | | | | 8.00 | 378.59 |
| Floating Holiday | | | | | 16.00 | 757.18 |
| Mileage Reimb | 01/12/2020 - 01/25/2020 | 0.00 | 0.00 | 49.30 | 0.00 | 153.12 |
| Group Term Life | 01/12/2020 - 01/25/2020 | 0.00 | 0.00 | 9.72 | 0.00 | 29.16 |
| PPV @ Different Rates | 12/29/2019 - 01/11/2020 | 0.00 | 0.00 | 36.00 | 15.00 | 690.00 |
| | | | Total: | 3,880.89 | | 12,229.92 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 221.43 | 700.38 |
| Medicare | 51.79 | 163.80 |
| Federal Withholding | 541.19 | 1,751.15 |
| State Tax - PA | 109.35 | 345.91 |
| SUI-Employee Paid - PA | 2.30 | 7.25 |
| City Tax - PHILA | 132.12 | 416.42 |
| Total: | 1,058.18 | 3,384.91 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 229.32 | 722.88 |
| Dental - Delta | 41.04 | 123.12 |
| Medical - IBC | 202.88 | 608.64 |
| Vision - United Health Care | 16.22 | 48.66 |
| Total: | 489.46 | 1,503.30 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 4.02 | 12.06 |

Payslip: Reeves-Davis, Jaynee (42246801):
01/25/2020 (Regular) - Complete

09:10 AM
02/05/2020
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Supplemental Child Life - The Hartford | 0.92 | 2.76 |
| Supplemental Life - The Hartford | 25.50 | 76.50 |
| Supplemental Life Spouse - The Hartford | 21.74 | 65.22 |
| Total: | 52.18 | 156.54 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 4.16 | 12.48 |
| ER - Dental - Delta - NonTaxable | 4.56 | 13.68 |
| ER - Long Term Disability - The Hartford | 9.65 | 28.95 |
| ER - Medical - IBC - NonTaxable | 686.38 | 2,059.14 |
| Total: | 704.75 | 2,114.25 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,571.45 | 11,296.38 |
| Medicare - Taxable Wages | 3,571.45 | 11,296.38 |
| Federal Withholding - Taxable Wages | 3,342.13 | 10,573.50 |
| State Tax Taxable Wages - PA | 3,561.73 | 11,267.22 |
| City Tax Taxable Wages - PHILA | 3,831.59 | 12,076.80 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH Float Holiday - (Biweekly B) | 0.00 | 0.00 | 0.00 |
| TH PTO Accrual (Biweekly B) | 6.461539 | 0.00 | 87.693078 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Philadelphia Federal Credit Union | PFCU | ******2886 | 2,271.35 | USD |
| | | Total: | 2,271.35 | |

Payslip: Reeves-Davis, Jaynee (4246801):
12/14/2019 (Regular) - Complete

09:06 AM
02/05/2020
Page 1 of 2

### Company Information

| Name | Address |
|---|---|
| Mercy Home Health | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

### Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Reeves-Davis, Jaynee | 4246801 | 12/01/2019 | 12/14/2019 | 12/20/2019 | |

### Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 3,785.88 | 520.84 | 1,036.21 | 62.39 | 2,197.18 |
| YTD | 1,985.00 | 102,004.03 | 8,978.86 | 29,397.98 | 1,597.92 | 63,779.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/01/2019 - 12/14/2019 | 56.00 | 47.32335 | 2,650.11 | 1,864.00 | 86,785.76 |
| PPV @ Different Rates | | | | | 105.00 | 4,554.00 |
| Holiday/Wknd Worked @ 1.5 | | | | | 16.00 | 1,124.16 |
| CTO | | | | | 72.00 | 3,337.20 |
| Vacation | 12/01/2019 - 12/14/2019 | 24.00 | 47.32335 | 1,135.77 | 72.00 | 3,399.52 |
| Holiday | | | | | 56.00 | 2,603.39 |
| Critical Staffing Incentive | | | | | 20.00 | 200.00 |
| Mileage Reimb | 12/01/2019 - 12/14/2019 | 0.00 | 0.00 | 30.74 | 0.00 | 1,750.71 |
| Group Term Life | 12/01/2019 - 12/14/2019 | 0.00 | 0.00 | 9.72 | 0.00 | 244.92 |
| | | | Total: | 3,826.34 | | 103,999.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 217.12 | 5,882.76 |
| Medicare | 50.78 | 1,375.81 |
| Federal Withholding | 529.00 | 15,660.54 |
| State Tax - PA | 107.21 | 2,905.39 |
| SUI-Employee Paid - PA | 2.26 | 61.04 |
| City Tax - PHILA | 129.84 | 3,512.44 |
| Total: | 1,036.21 | 29,397.98 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 227.16 | 1,390.70 |
| 403b Contribution | | 222.48 |
| Dental - Delta | 44.58 | 1,159.08 |
| Medical - IBC | 202.88 | 5,274.88 |
| No Wellness | 30.00 | 510.00 |
| Vision - United Health Care | 16.22 | 421.72 |
| Total: | 520.84 | 8,978.86 |

### Post Tax Deductions

Case 20-10767-amc    Doc 21    Filed 03/16/20    Entered 03/16/20 00:19:22    Desc Main
Document      Page 12 of 14

Payslip: Reeves-Davis, Jaynee (42246801):
12/14/2019 (Regular) - Complete

09:06 AM
02/05/2020
Page 2 of 2

| Description | Amount | YTD |
|---|---:|---:|
| After Tax - Short Term Disability - The Hartford | 15.05 | 391.30 |
| Supplemental AD&D - The Hartford | 4.02 | 102.92 |
| Supplemental Child Life - The Hartford | 0.92 | 23.92 |
| Supplemental Life - The Hartford | 28.37 | 726.22 |
| Supplemental Life Spouse - The Hartford | 14.03 | 353.56 |
| Total: | 62.39 | 1,597.92 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---:|---:|
| ER - Basic Life & AD&D Insurance - The Hartford | 4.16 | 106.36 |
| ER - Long Term Disability - The Hartford | 16.32 | 417.52 |
| ER - Medical - IBC - NonTaxable | 705.60 | 18,345.60 |
| Total: | 726.08 | 18,869.48 |

### Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 3,501.92 | 94,883.27 |
| Medicare - Taxable Wages | 3,501.92 | 94,883.27 |
| Federal Withholding - Taxable Wages | 3,274.76 | 93,270.09 |
| State Tax Taxable Wages - PA | 3,492.20 | 94,638.35 |
| City Tax Taxable Wages - PHILA | 3,765.60 | 101,738.95 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| MSEPA Combined Time Off | 0.00 | 0.00 | 0.00 |
| MSEPA Holiday | 0.00 | 0.00 | 8.00 |
| MSEPA Vacation | 4.62 | 24.00 | 78.15 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Philadelphia Federal Credit Union | PFCU | ******2886 | 2,197.18 | USD |
| | | Total: | 2,197.18 | |

Payslip: Reeves-Davis, Jaynee (4246801):
12/28/2019 (Regular) - Complete

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Reeves-Davis, Jaynee | 4246801 | 12/15/2019 | 12/28/2019 | 01/03/2020 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.00 | 3,923.88 | 495.58 | 1,093.83 | 52.18 | 2,336.81 |
| YTD | 75.00 | 3,923.88 | 495.58 | 1,093.83 | 52.18 | 2,336.81 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/15/2019 - 12/28/2019 | 72.00 | 47.32335 | 3,407.29 | 72.00 | 3,407.29 |
| PPV @ Different Rates | 12/15/2019 - 12/28/2019 | 3.00 | 46.00 | 138.00 | 3.00 | 138.00 |
| Holiday | 12/15/2019 - 12/28/2019 | 8.00 | 47.32335 | 378.59 | 8.00 | 378.59 |
| Mileage Reimb | 12/15/2019 - 12/28/2019 | 0.00 | 0.00 | 54.52 | 0.00 | 54.52 |
| Group Term Life | 12/15/2019 - 12/28/2019 | 0.00 | 0.00 | 9.72 | 0.00 | 9.72 |
| | | | Total: | 3,988.12 | | 3,988.12 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 227.75 | 227.75 |
| Medicare | 53.27 | 53.27 |
| Federal Withholding | 562.34 | 562.34 |
| State Tax - PA | 112.48 | 112.48 |
| SUI-Employee Paid - PA | 2.36 | 2.36 |
| City Tax - PHILA | 135.63 | 135.63 |
| Total: | 1,093.83 | 1,093.83 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 235.44 | 235.44 |
| Dental - Delta | 41.04 | 41.04 |
| Medical - IBC | 202.88 | 202.88 |
| Vision - United Health Care | 16.22 | 16.22 |
| Total: | 495.58 | 495.58 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 4.02 | 4.02 |
| Supplemental Child Life - The Hartford | 0.92 | 0.92 |
| Supplemental Life - The Hartford | 25.50 | 25.50 |

Case 20-10767-amc    Doc 21    Filed 03/16/20    Entered 03/16/20 00:19:22    Desc Main
Document    Page 14 of 14

Payslip: Reeves-Davis, Jaynee (42246801):
12/28/2019 (Regular) - Complete

09:06 AM
02/05/2020
Page 2 of 2

| Description | Amount | YTD |
|---|---:|---:|
| Supplemental Life Spouse - The Hartford | 21.74 | 21.74 |
| Total: | 52.18 | 52.18 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---:|---:|
| ER - Basic Life & AD&D Insurance - The Hartford | 4.16 | 4.16 |
| ER - Dental - Delta - NonTaxable | 4.56 | 4.56 |
| ER - Long Term Disability - The Hartford | 9.65 | 9.65 |
| ER - Medical - IBC - NonTaxable | 686.38 | 686.38 |
| Total: | 704.75 | 704.75 |

Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 3,673.46 | 3,673.46 |
| Medicare - Taxable Wages | 3,673.46 | 3,673.46 |
| Federal Withholding - Taxable Wages | 3,438.02 | 3,438.02 |
| State Tax Taxable Wages - PA | 3,663.74 | 3,663.74 |
| City Tax Taxable Wages - PHILA | 3,933.60 | 3,933.60 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| MSEPA Combined Time Off | 0.00 | 0.00 | 0.00 |
| MSEPA Holiday | 0.00 | 8.00 | 0.00 |
| MSEPA Vacation | 4.62 | 0.00 | 82.77 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Philadelphia Federal Credit Union | PFCU | ******2886 | 2,336.81 | USD |
| | | Total: | 2,336.81 | |