United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-10767-amc
Jaynee Alexis Davis                                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith                Page 1 of 3               Date Rcvd: Mar 19, 2020
                              Form ID: 309I              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
```
db         +Jaynee Alexis Davis,    246 MacDonald Avenue,     Wyncote, PA 19095-2403
14464316   +Berkheimer Tax Administrator,    POB 25152,    Lehigh Valley, PA 18002-5152
14463887   +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500 A,
             Jacksonville, FL 32225-8169
14463888   +Chase Bank,   Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14464320   +Cheltenham Township,    484 Norristown Road,    Suite 100,   Blue Bell, PA 19422-2354
14463889   +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,   Southfield, MI 48034-8331
14464324   +Daniel Santucci, Esquire,    1 International Plaza,    5th Floor,   Philadelphia, PA 19113-1510
14463892    Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,   Mason, OH 45040
14463894   +FedLoan Servicing,    Attn: Bankruptcy,   Po Box 69184,    Harrisburg, PA 17106-9184
14464329   +Frederic I. Weinberg, Esquire,    375 E. Elm Street, Suite 210,    Conshohocken, PA 19428-1973
14464330   +Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
14480564   +Michele Perez Capilato, Esquire,    Law Offices of Michele Perez Capilato,
             500 Office Center Drive, Suite 400,    Fort Washington, PA 19034-3234
14484936   +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
14463896   +Midland Fund,   Attn: Bankruptcy,    350 Camino De La Reine Ste 100,    San Diego, CA 92108-3007
14463897   +Midland Funding,    Attn: Bankruptcy,   350 Camino De La Reine Ste 100,
             San Diego, CA 92108-3007
14463898   +Philadelphia FCU,    Attn: Bankruptcy,   12800 Townsend Rd,    Philadelphia, PA 19154-1095
14463903   +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
             Farmingdale, NY 11735-4021
14463906   +The Money Source Inc.,    500 South Broad Street,    Suite 100A,   Meriden, CT 06450-6755
14464344   +Waypoint Resource Group,    301 Sundance Parkway,    Round Rock, TX 78681-8004
14464345   +Waypoint Resource Group,    POB 8588,   Round Rock, TX 78683-8588
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: perezcapilatolaw@yahoo.com Mar 20 2020 03:30:16      MICHELE PEREZ CAPILATO,
             Law Office of Michele Perez Capilato,    500 Office Center Drive,    Suite 400,
             Fort Washington, PA  19034
tr          +E-mail/Text: bncnotice@ph13trustee.com Mar 20 2020 03:30:52      WILLIAM C. MILLER, Esq.,
             Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg          E-mail/Text: megan.harper@phila.gov Mar 20 2020 03:30:46      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 03:30:31
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 20 2020 03:30:41      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 20 2020 03:30:36      United States Trustee,
             Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,   Philadelphia, PA 19106-2908
14464313    +EDI: TSYS2.COM Mar 20 2020 07:23:00      Barclay's Bank Delaware,    125 S West Street,
             Wilmington, DE 19801-5014
14463884    +EDI: TSYS2.COM Mar 20 2020 07:23:00      Barclays Bank Delaware,    Attn: Bankruptcy,
             Po Box 8801,   Wilmington, DE 19899-8801
14463885    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 20 2020 03:30:42
             Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, FL 33146-1873
14464321     E-mail/Text: megan.harper@phila.gov Mar 20 2020 03:30:46      City of Philadelphia,
             Law Department - Gas Service,    1515 Arch Street,    14th Floor,   Philadelphia, PA 19107
14463886    +EDI: CAPITALONE.COM Mar 20 2020 07:23:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
14469100    +EDI: AIS.COM Mar 20 2020 07:23:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
14463890    +EDI: CCS.COM Mar 20 2020 07:23:00      Credit Collection Services,    Attn: Bankruptcy,
             725 Canton St,   Norwood, MA 02062-2679
14463891    +E-mail/Text: electronicbkydocs@nelnet.net Mar 20 2020 03:30:37
             Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,   Lincoln, NE 68501-2505
14463893     E-mail/Text: operationsclerk@easypayfinance.com Mar 20 2020 03:30:19
             Easy Pay/Duvera Collections,    Attn: Bankruptcy,    Po Box 2549,   Carlsbad, CA 92018
14463895     EDI: IRS.COM Mar 20 2020 07:23:00      Internal Revenue Service,    POB 7346,
             Philadelphia, PA 19101-7346
14464334    +EDI: MID8.COM Mar 20 2020 07:23:00      Midland Funding,    2365 Northside Drive, Ste30,
             San Diego, CA 92108-2709
14474777    +EDI: MID8.COM Mar 20 2020 07:23:00      Midland Funding LLC,    PO Box 2011,
             Warren, MI 48090-2011
14463899     E-mail/Text: info@plazaservicesllc.com Mar 20 2020 03:30:20      Plaza Services, LLC,
             Attn: Bankruptcy,    110 Hammond Dr, Suite 110,    Atlanta, GA 30328
14463900     EDI: PRA.COM Mar 20 2020 07:23:00      Portfolio Recovery,    Attn: Bankruptcy,
             120 Corporate Blvd,    Norfold, VA 23502
14483789     EDI: PRA.COM Mar 20 2020 07:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk VA 23541
14474383     EDI: Q3G.COM Mar 20 2020 07:23:00      Quantum3 Group LLC as agent for,
             Crown Asset Management LLC,    PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0313-2           User: Keith             Page 2 of 3            Date Rcvd: Mar 19, 2020
                               Form ID: 309I           Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14463901       +E-mail/Text: jennifer.chacon@spservicing.com Mar 20 2020 03:30:54
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
14463902       +EDI: SWCR.COM Mar 20 2020 07:23:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
14463904       +EDI: RMSC.COM Mar 20 2020 07:23:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
14463905       +EDI: RMSC.COM Mar 20 2020 07:23:00      Synchrony Bank,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14464314*      +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,   Wilmington, DE 19899-8801
14464315*      +Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14464317*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14464318*      +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500 A,
                 Jacksonville, FL 32225-8169
14464319*      +Chase Bank,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
14464322*      +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,   Southfield, MI 48034-8331
14464323*      +Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,   Norwood, MA 02062-2679
14464325*      +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,   Lincoln, NE 68501-2505
14464326*       Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,   Mason, OH 45040
14464327*     ++EASYPAY FINANCE,   PO BOX 2549,    CARLSBAD CA 92018-2549
                 (address filed with court: Easy Pay/Duvera Collections,    Attn: Bankruptcy,   Po Box 2549,
                 Carlsbad, CA 92018)
14464328*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
14464331*       Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
14464332*      +Midland Fund,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,   San Diego, CA 92108-3007
14464333*      +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
14464336*     ++PLAZA SERVICES LLC,    ATTN MANNY WILLIAMS,    110 HAMMOND DRIVE,   SUITE 110,
                 ATLANTA GA 30328-4806
                 (address filed with court: Plaza Services, LLC,    Attn: Bankruptcy,   110 Hammond Dr, Suite 110,
                 Atlanta, GA 30328)
14464337*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   120 Corporate Blvd,
                 Norfold, VA 23502)
14464335*      +Philadelphia FCU,    Attn: Bankruptcy,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
14464338*      +Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
14464339*      +Southwest Credit Systems,    4120 International Parkway,    Suite 1100,
                 Carrollton, TX 75007-1958
14464340*      +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
                 Farmingdale, NY 11735-4021
14464341*      +Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14464342*      +Synchrony Bank,    Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14464343*      +The Money Source Inc.,    500 South Broad Street,   Suite 100A,   Meriden, CT 06450-6755
                                                                                TOTALS: 0, * 23, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                          Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0313-2          User: Keith                 Page 3 of 3              Date Rcvd: Mar 19, 2020
                              Form ID: 309I               Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:

        MICHELE PEREZ CAPILATO    on behalf of Debtor Jaynee Alexis Davis perezcapilatolaw@yahoo.com,
         michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    ONYX BAY TRUST bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                                                                                                                                                               TOTAL: 4

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Jaynee Alexis Davis** | | | Social Security number or ITIN | **xxx–xx–2359** |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | Date case filed for chapter 13 | **2/6/20** |
| Case number: | **20–10767–amc** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jaynee Alexis Davis | |
| 2. | **All other names used in the last 8 years** | fka Jaynee A Reeves, fka Jaynee Reeves Baptiste | |
| 3. | **Address** | 246 MacDonald Avenue<br>Wyncote, PA 19095 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHELE PEREZ CAPILATO<br>Law Office of Michele Perez Capilato<br>500 Office Center Drive<br>Suite 400<br>Fort Washington, PA 19034 | Contact phone (267) 513–1777<br><br>Email: perezcapilatolaw@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/19/20 |

**For more information, see page 2**

Debtor **Jaynee Alexis Davis**                                                         Case number **20–10767–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 6, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/5/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/16/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/4/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $200.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/19/20** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |