**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | **CHAPTER 13** |
| **JAYNEE ALEXIS DAVIS a/k/a** | : |  |
| **JAYNEE A REEVES a/k/a** | : |  |
| **JAYNEE REEVES BAPTISTE** | : |  |
|  | : |  |
| **Debtor** | : | **No. 20-10767 amc** |

## CERTIFICATE OF NO OBJECTION

COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor, and hereby certifies that **no objection** to the Motion for Approval of Compensation (Application for Compensation), has been received as of this date, after being served upon interested parties on March 9, 2020.

March 31, 2020                                         Respectfully Submitted,

/s/Michele Perez Capilato
Michele Perez Capilato, Esquire
Attorney I.D. No. 90438
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1(866) 535-8160
michelecapilatolaw@gmail.com