# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 20-10767-AMC

JAYNEE ALEXIS DAVIS

246 MACDONALD AVENUE

WYNCOTE, PA 19095-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JAYNEE ALEXIS DAVIS

246 MACDONALD AVENUE

WYNCOTE, PA 19095-

Counsel for debtor(s), by electronic notice only.

MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

Date: 5/6/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee