IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAYNEE ALEXIS DAVIS,
Debtor(s).

CASE NO. 20-10767-AMC
CHAPTER 13

### NOTICE OF TEMPORARY FORBEARANCE

| | |
|---|---|
| Bankruptcy Court Claim #: | 14-1 |
| Effective Date of Forbearance: | 08/01/2020 |
| Number of monthly payments in Forbearance: | 3 |

THE MONEY SOURCE INC. ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments. This short-term relief would be consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the forbearance period and up to and including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

To the extent that this Forbearance is modified, reduced or extended, the SERVICER will file an additional Notice with the Court.

*/s/ Mukta Suri*
Mukta Suri
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for The Money Source Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 27, 2020 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Jaynee Alexis Davis
246 MacDonald Avenue
Wyncote, PA 19095


**Debtors' Attorney**
Michele Perez Capilato
Law Office of Michele Perez Capilato
500 Office Center Drive Suite 400
Fort Washington, PA  19034

**Chapter 13 Trustee**
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, Pennsylvania 19105


**US Trustee**
Office of the U.S.Trustee
200 Chestnut Street
Suite 502
Philadelphia, Pennsylvania  19106

                                                             Respectfully Submitted,

                                                             /s/ Mukta Suri
                                                             Mukta Suri