# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jaynee Alexis Davis fka Jaynee A Reeves fka Jaynee Reeves Baptiste<br>　　　　　　　　Debtor | CHAPTER 13 |
| The Money Source, Inc.<br>　　　　　　　　Movant<br>　　　vs.<br>Jaynee Alexis Davis fka Jaynee A Reeves fka Jaynee Reeves Baptiste<br>　　　　　　　　Debtor | NO. 20-10767 AMC |
| William C. Miller, Esquire<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of The Money Source, Inc., which was filed with the Court on or about May 12, 2020 (Doc. No. 36).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322

August 31, 2020