# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jaynee Alexis Davis fka Jaynee A Reeves fka Jaynee Reeves Baptiste <br><br>　　　　　　　　Debtor <br><br> ONYX Bay Trust <br><br>　　　　　　　　Movant <br><br>　　　vs. <br><br> Jaynee Alexis Davis fka Jaynee A Reeves fka Jaynee Reeves Baptiste <br><br>　　　　　　　　Debtor <br><br> William C. Miller, Esquire <br><br>　　　　　　　　Trustee | CHAPTER 13 <br><br><br> NO. 20-10767 AMC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of ONYX Bay Trust, which was filed with the Court on or about May 11, 2020 (Doc. No. 35).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

August 31, 2020