# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

    JAYNEE ALEXIS DAVIS                              Bankruptcy No. 20-10767-AMC

    246 MACDONALD AVENUE

    WYNCOTE, PA 19095-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAYNEE ALEXIS DAVIS

    246 MACDONALD AVENUE

    WYNCOTE, PA 19095-

**Counsel for debtor(s), by electronic notice only.**
    MICHELE PEREZ CAPILATO
    500 OFFICE CENTER DR
    SUITE 400
    FORT WASHINGTON, PA 19034

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 12/3/2020                                                                                    /s/ William C. Miller

                                                                                                                                          _____

                                                                                                   William C. Miller, Esquire
                                                                                                   Chapter 13 Standing Trustee