# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    DENNIS TYREE CARY, | ) <br>) <br>) | CHAPTER 13 |
| Debtor | )<br>) | CASE NO. : 20-13942-amc |
| PHILADELPHIA FEDERAL CREDIT UNION, | )<br>) | **HEARING DATE:** |
| Movant | )<br>) | Wednesday, February 3, 2021<br>11:00 a.m. |
| vs. | )<br>) | **LOCATION**: |
| DENNIS TYREE CARY, | )<br>) | U.S. Bankruptcy Court<br>Robert N.C. Nix Federal Courthouse |
| Respondent | ) | Courtroom No. 4<br>900 Market Street |
| and<br>SCOTT F. WATERMAN, | )<br>)<br>) | Philadelphia, PA 19107 |
| Trustee) | | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

*Movant has filed a Motion for Adequate Protection requesting payments for $276.44 per month from the commencement of the bankruptcy until regular distribution to the Movant begins under the Chapter 13 Plan.*

**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this case.   (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 18, 2021, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

United States Bankruptcy Court Clerk
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

    (b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1917 Brown Street*
*Philadelphia, PA 19130*
*(267) 909-9036*

    and

*Scott F. Waterman, Trustee*
*2901 St. Lawrence Ave.*
*Suite 100*
*Reading, PA 19606*

    and

*Office of the U.S. Trustee*
*200 Chestnut Street, Suite 502*
*Philadelphia, PA 19107*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan on Wednesday, February 3, 2021 at 11:00 a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: January 4, 2021