United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10767-amc |
| Jaynee Alexis Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaynee Alexis Davis, 246 MacDonald Avenue, Wyncote, PA 19095-2403 |
| cr | + | Cheltenham School District and Township of Chelten, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 3 |

JILL MARIE FEIN
    on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com
    skenny@hillwallack.com;lharkins@hillwallack.com

MICHELE PEREZ CAPILATO
    on behalf of Debtor Jaynee Alexis Davis perezcapilatolaw@yahoo.com
    michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Money Source  Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAYNEE ALEXIS DAVIS,<br>f/k/a JAYNEE A. REEVES<br>f/k/a JAYNEE REEVES BAPTISTE,<br>Debtor<br><br>PHILADELPHIA FEDERAL CREDIT UNION<br>Movant<br><br>vs.<br><br>JAYNEE ALEXIS DAVIS f/k/a JAYNEE<br>A. REEVES f/k/a JAYNEE REEVES BAPTISTE,<br>Respondent<br>and<br>WILLIAM C. MILLER,<br>Trustee | CHAPTER 13<br><br>CASE NO. 20-10767-AMC<br><br><br><br><br><br>**HEARING DATE:**<br>Tuesday, January 26, 2021<br>11:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Eastern District of Pennsylvania<br>Courtroom # 4<br>900 Market Street<br>Philadelphia, PA 19107 |

### STIPULATION

COME NOW, this ____ day of _____, 2021, debtor *Jaynee Alexis Davis*, through Debtor's attorney, *Michele Perez Capilato, Esquire*, and Philadelphia Federal Credit Union ("PFCU") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief from the Automatic Stay:

WHEREAS the Debtor owns a 2015 Lexus NX, V.I.N. JTJBARBZ6F2011407 ("vehicle"); and

WHEREAS PFCU filed a Motion for Relief from the Automatic Stay ("Motion") with respect to missed post-petition payments; and

WHEREAS the Debtor has filed a Response to the Motion; and

WHEREAS the Debtor and PFCU seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The post-petition delinquency is $1,913.70, plus $688.00 in attorney's fees and costs as of January 8, 2021.

2. The Debtor shall file an amended Chapter 13 plan providing payment of the post-petition arrears of $2,601.70 within 10 days of the entry of this Stipulation.

3. Thereafter, the Debtor shall remain current with regular monthly payments paid directly to the Movant starting with the regular monthly payment of $638.95, due on February 1, 2021, and all such future payments due on the 1st of each month thereafter.

4. If Debtor shall fail to have a plan conforming to this Stipulation or the Debtor fails make to ongoing regular monthly payments and Debtor fails to cure said default within fifteen (15) days after notice by PFCU (or its counsel) of said default served upon Debtor and Debtor's Counsel, counsel for PFCU may file a Certification of Default with the Court setting forth Debtor's default and PFCU shall be granted relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. §§ 362), and PFCU is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law without regard to any future conversion of this matter to a different form of bankruptcy. The Debtor shall be allowed to default and cure such default under this Stipulation two (2) times. Should the Debtor default a third (3rd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and PFCU may file a Certification of Default.

5. In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-

petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph, then PFCU, through counsel, may file a Certification of Default setting forth said failure and PFCU shall be granted relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and PFCU is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

6. The failure by PFCU, at any time, to issue a Notice of Default or file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of PFCU's rights hereunder.

7. This Stipulation is a supplement and in addition to the Contract between the parties and not in lieu thereof.

8. Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

BY THE COURT:

**Date: January 20, 2021**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Philadelphia Federal Credit Union
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

DATED: 1/14/21

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Jaynee Alexis Davis**
By Counsel for Debtor: Michele Perez Capilato, Esquire

By: _____
Michele Perez Capilato, Esq.
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
(267) 513-1777

DATED: 1/15/2021

**Chapter 13 Trustee**

By: /s/ Jack Miller
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

DATED: 01/18/2021

**The Standing Trustee has indicated that he has no objection to its terms without prejudice to any of his rights and remedies, and has authorized us to affix his electronic signature.