**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-10767-AMC |
| | ) | |
| JAYNEE ALEXIS DAVIS, | ) | |
| f/k/a JAYNEE REEVES | ) | |
| f/k/a JAYNEE REEVES BAPTISTE | ) | |
| Debtor | ) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties was made by sending true and correct copies of Proof of Claim 26-1 by first class mail or by electronic means on the 27th day of January 2021, to the parties indicated below:

Jaynee Alexis Davis
246 MacDonald Avenue
Wyncote, PA 19095

Michele Perez Capilato, Esq.
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire