United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10767-amc |
| Jaynee Alexis Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 30, 2021 | Form ID: 155 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaynee Alexis Davis, 246 MacDonald Avenue, Wyncote, PA 19095-2403 |
| 14464313 | + | Barclay's Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 14463884 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14463885 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14464316 | + | Berkheimer Tax Administrator, POB 25152, Lehigh Valley, PA 18002-5152 |
| 14490707 | | Berkheimer, Agent Cheltenham twp/SD, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072 |
| 14463887 | + | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14463888 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14499113 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14499095 | + | Cheltenham School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14464320 | + | Cheltenham Township, 484 Norristown Road, Suite 100, Blue Bell, PA 19422-2354 |
| 14464324 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14463894 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14464329 | + | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14464330 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14480564 | + | Michele Perez Capilato, Esquire, Law Offices of Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14484936 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14463896 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14463897 | + | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14470095 | + | ONYX Bay Trust, CO Rebecca Ann Solarz, Esq., KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 14494521 | | ONYX Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14463898 | + | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14464335 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14463901 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14463903 | + | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14494686 | + | The Bank of New York Mellon, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14551148 | + | The Bank of New York Mellon, CO Jill M. Fein, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley PA 19067-5565 |
| 14463906 | + | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14491615 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14503265 | + | The Money Source, Inc., C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14499114 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14499112 | + | Township of Cheltenham, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14464344 | + | Waypoint Resource Group, 301 Sundance Parkway, Round Rock, TX 78681-8004 |
| 14464345 | + | Waypoint Resource Group, POB 8588, Round Rock, TX 78683-8588 |
| 14527224 | + | Wyngate Community Association, c/o Eric R. Solomon, Esq, 1101 East Hector Street, Ste 460, Conshohocken, PA 19428-2458 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14494640 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2021 02:50:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14464321 | Email/Text: megan.harper@phila.gov | | |

Case 20-10767-amc   Doc 87   Filed 04/01/21   Entered 04/02/21 00:55:00   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: 155 | Total Noticed: 57 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Mar 31 2021 03:41:00 | City of Philadelphia, Law Department - Gas Service, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14524402 | | Email/Text: megan.harper@phila.gov | Mar 31 2021 03:41:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14540599 | | Email/Text: megan.harper@phila.gov | Mar 31 2021 03:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14463886 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 31 2021 02:50:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14469100 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 31 2021 02:51:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463889 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 31 2021 03:40:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14463890 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 31 2021 03:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14463892 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2021 02:51:21 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14463891 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 31 2021 03:41:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14463893 | | Email/Text: operationsclerk@easypayfinance.com | Mar 31 2021 03:40:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14463895 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2021 03:40:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14464334 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2021 03:41:00 | Midland Funding, 2365 Northside Drive, Ste30, San Diego, CA 92108-2709 |
| 14474777 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2021 03:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14463899 | | Email/Text: info@plazaservicesllc.com | Mar 31 2021 03:40:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 14463900 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:41:54 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14483789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 31 2021 02:50:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14474383 | | Email/Text: bnc-quantum@quantum3group.com | Mar 31 2021 03:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14463902 | + | Email/Text: bankruptcy@sw-credit.com | Mar 31 2021 03:41:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14463904 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 02:41:46 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14494125 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 02:50:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14463905 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 31 2021 03:00:06 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: 155 | Total Noticed: 57 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14464314 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14464315 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14464317 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14464318 | *+ | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14464319 | *+ | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14464322 | *+ | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14464323 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14464326 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14464325 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14464327 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14464328 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14464331 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14464332 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14464333 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14464336 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 14464337 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14464338 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14464339 | *+ | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14464340 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14464341 | *+ | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14464342 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14464343 | *+ | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |
| JILL MARIE FEIN | on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| MICHELE PEREZ CAPILATO | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 30, 2021 | Form ID: 155 | Total Noticed: 57 |

on behalf of Debtor Jaynee Alexis Davis perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor The Money Source  Inc. bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jaynee Alexis Davis
       Debtor(s)                                Chapter: 13

                                                    Bankruptcy No: 20−10767−amc
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this March 30, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                           Ashely M. Chan
                                                           Judge ,
                                                           United States Bankruptcy Court

                                                                                             83 − 22
                                                                                             Form 155