United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10767-amc |
| Jaynee Alexis Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaynee Alexis Davis, 246 MacDonald Avenue, Wyncote, PA 19095-2403 |
| cr | + | Cheltenham School District and Township of Chelten, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2021            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |
| JILL MARIE FEIN | on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| MICHELE PEREZ CAPILATO | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 3 |

    on behalf of Debtor Jaynee Alexis Davis perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAYNEE ALEXIS DAVIS a/k/a | : | Chapter 13 |
| JAYNEE A REEVES a/k/a | : | |
| JAYNEE REEVES BAPTISTE | : | |
| | : | |
| Debtor | : | No. 20-10767 amc |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,300.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,100.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:**
**Date: March 31, 2021**

_____
**ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE**