United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-10767-amc
Jaynee Alexis Davis Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Apr 05, 2021 Form ID: pdf900 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaynee Alexis Davis, 246 MacDonald Avenue, Wyncote, PA 19095-2403 |
| cr | + | Cheltenham School District and Township of Chelten, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |

JILL MARIE FEIN
on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com

MICHELE PEREZ CAPILATO
on behalf of Debtor Jaynee Alexis Davis perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jaynee Alexis Davis fka Jaynee A Reeves fka Jaynee Reeves Baptiste<br>Debtors | CHAPTER 13 |
| The Money Source, Inc.<br>Movant<br>vs. | NO. 20-10767 AMC |
| Jaynee Alexis Davis fka Jaynee A Reeves fka Jaynee Reeves Baptiste<br>Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>Trustee | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$8,995.62,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | January 2021 to March 2021 at $2,690.60/month |
| Fees & Costs Relating to Motion: | $1,038.00 |
| Suspense Balance: | $114.18 |
| **Total Post-Petition Arrears** | **$8,995.62** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on April 1, 2021 and continuing through December 1, 2021 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$2,690.60** the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$999.52 from April 2021 to November 2021 and $999.46 for December 2021** towards the arrearages on or before the last day of each month at the address below;

The Money Source Inc.
500 South Broad Street Suite 100A
Meriden, Connecticut 06450

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 29, 2021

By: */s Rebecca A. Solarz, Esquire*
Attorney for Movant

Date: *March 29, 2021*

*/s/ Michele Perez Capilato, Esquire*
Michele Perez Capilato, Esquire
Attorney for Debtors

**No objection to its terms, without prejudice to any of our rights and remedies*

Date: *March 31, 2021*

*/s/ Jack Miller, Esquire, for**
William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____________________, 2021. However, the court retains discretion regarding entry of any further order.

**Date: April 5, 2021**

______________________
Bankruptcy Judge
Ashely M. Chan