**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **JAYNEE ALEXIS DAVIS** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **No. 20-10767 (amc)** |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

Date: November 11, 2022

8028301v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **JAYNEE ALEXIS DAVIS** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **No. 20-10767 (amc)** |

**CERTIFICATE OF SERVICE/MAILING**

I hereby certify that I sent a copy of the foregoing "Entry of Appearance and Request for Service of Notices" to each of the persons named below, by First Class Mail (unless otherwise stated) on November 11, 2022:

| | | |
|---|---|---|
| Office of the U.S. Trustee | | (via ECF) |
| Michele Perez Capilato, Esq. | (Debtor's counsel) | (via ECF) |
| Kenneth E. West, Esquire | (Chapter 13 Trustee) | (via ECF) |

Jaynee Alexis Davis
246 MacDonald Avenue
Wyncote, PA 19095

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** /s/ *William J. Levant, Esquire*
**William J. Levant, Esquire**
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive; P.O. Box 3037
Blue Bell, PA 19422
Phone: (610) 941-2474
Facsimile: (610) 684-2020
wlevant@kaplaw.com
Attorneys for Philadelphia Federal Credit Union

8028301v1