IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**JAYNEE ALEXIS DAVIS**  :  **CHAPTER 13**
Debtor  :
  :  **No. 20-10767 (amc)**

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

Kindly withdraw my appearance for Philadelphia Federal Credit Union in the above.

_____
JASON BRETT SCHWARTZ, Esquire

Date: November 11, 2022