United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                     Case No. 20-10767-amc

Jaynee Alexis Davis                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14773751 | + Email/Text: BK@servicingdivision.com | Feb 22 2024 00:51:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JILL MARIE FEIN | on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor THE BANK OF NEW YORK MELLON Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KEELY CARR BRADY | on behalf of Creditor Wyngate Community Association kbrady@bradycissnelaw.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Feb 21, 2024                       Form ID: trc                                   Total Noticed: 1

KENNETH E. WEST

        ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN

        on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

MARK A. CRONIN

        on behalf of Creditor The Money Source  Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN

        on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

MICHELE PEREZ CAPILATO

        on behalf of Debtor Jaynee Alexis Davis michelecapilatolaw@gmail.com
        perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELLE L. MCGOWAN

        on behalf of Creditor THE BANK OF NEW YORK MELLON mimcgowan@raslg.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

        on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-10767-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jaynee Alexis Davis
246 MacDonald Avenue
Wyncote PA 19095

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/20/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034 | Servbank, SB<br>3138 E Elwood St<br>Phoenix, Arizona 85034 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/23/24

Tim McGrath
**CLERK OF THE COURT**