# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>JAYNEE ALEXIS DAVIS<br>*FKA JAYNEE A REEVES*<br>*FKA JAYNEE REEVES BAPTISTE*<br><br>Debtor(s)<br><br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16<br>Movant<br>v.<br><br>JAYNEE ALEXIS DAVIS<br>Debtor(s)<br>KENNETH E. WEST<br>Trustee<br><br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 20-10767-amc<br><br>Judge: Ashely M. Chan |

## ORDER APPROVING STIPULATION

AND NOW, upon consideration of the Stipulation between Debtor and NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

**Date: December 13, 2024**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge