United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10767-amc |
| Jaynee Alexis Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaynee Alexis Davis, 246 MacDonald Avenue, Wyncote, PA 19095-2403 |
| cr | + | Cheltenham School District and Township of Chelten, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BK@servicingdivision.com | Dec 14 2024 00:01:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Dec 14 2024 00:01:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034, UNITED STATES 85034-7210 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Dec 14 2024 00:01:00 | Servbank, SB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Dec 14 2024 00:01:00 | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | THE MONEY SOURCE INC., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | ##+ | Wyngate Community Association, c/o Brady & Cissne Law, 222B Pennsylvania Ave., Oreland, PA 19075, UNITED STATES 19075-1265 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

Case 20-10767-amc   Doc 122   Filed 12/15/24   Entered 12/16/24 00:38:43   Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 9 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source  Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JILL MARIE FEIN | on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor THE BANK OF NEW YORK MELLON Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KEELY CARR BRADY | on behalf of Creditor Wyngate Community Association kbrady@bradycissnelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Jaynee Alexis Davis michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor THE BANK OF NEW YORK MELLON mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>JAYNEE ALEXIS DAVIS<br>*FKA JAYNEE A REEVES*<br>*FKA JAYNEE REEVES BAPTISTE*<br><br>Debtor(s)<br><br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16<br>Movant<br>v.<br><br>JAYNEE ALEXIS DAVIS<br>Debtor(s)<br>KENNETH E. WEST<br>Trustee<br><br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 20-10767-amc<br><br>Judge: Ashely M. Chan |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

**Date: December 13, 2024**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge