Certificate Number: 15111-PAE-DE-039501660

Bankruptcy Case Number: 20-10767



15111-PAE-DE-039501660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2025, at 2:16 o'clock PM EDT, Jaynee Alexis Davis completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 31, 2025

By: /s/Rafia Yaqoob for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education