United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 20-10767-amc
Jaynee Alexis Davis                                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                                Page 1 of 5
Date Rcvd: Apr 22, 2025                       Form ID: 138OBJ                         Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaynee Alexis Davis, 246 MacDonald Avenue, Wyncote, PA 19095-2403 |
| 14464316 | + | Berkheimer Tax Administrator, POB 25152, Lehigh Valley, PA 18002-5152 |
| 14490707 | + | Berkheimer, Agent Cheltenham twp/SD, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14463888 | + | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14499113 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14499095 | + | Cheltenham School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14464320 | + | Cheltenham Township, 484 Norristown Road, Suite 100, Blue Bell, PA 19422-2354 |
| 14463894 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14480564 | + | Michele Perez Capilato, Esquire, Law Offices of Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14470095 | + | ONYX Bay Trust, CO Rebecca Ann Solarz, Esq., KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 14735452 | + | Philadelphia Federal Credit Union, C/O William J. Levant, Esquire, Kaplin Stewart Meloff Reiter & Stein, P., 910 Harvest Drive; P.O. Box 3037, Blue Bell, PA 19422-0765 |
| 14551148 | + | The Bank of New York Mellon, CO Jill M. Fein, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley PA 19067-5565 |
| 14503265 | + | The Money Source, Inc., C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14499114 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14499112 | + | Township of Cheltenham, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14648367 | + | Wyngate Community Association, Inc., c/o Keely Carr Brady, Esq., 222B Pennsylvania Avenue, Oreland, PA 19075-1265 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14773751 | + | Email/Text: BK@servicingdivision.com | Apr 23 2025 01:47:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14494640 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 01:58:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14464313 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 23 2025 01:47:00 | Barclay's Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 14463884 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 23 2025 01:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14463885 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |

Case 20-10767-amc    Doc 130    Filed 04/24/25    Entered 04/25/25 00:33:56    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 62 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 23 2025 01:47:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14464321 | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia, Law Department - Gas Service, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14524402 | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14540599 | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14463886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 01:57:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14469100 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2025 01:58:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463887 | + | Email/Text: ngisupport@radiusgs.com | Apr 23 2025 01:47:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14463889 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 23 2025 01:47:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14463890 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 23 2025 01:48:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14463892 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:58:10 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14464324 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14463891 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 23 2025 01:48:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14463893 | | Email/Text: operationsclerk@easypayfinance.com | Apr 23 2025 01:47:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14464329 | + | Email/Text: contact@fiwlaw.com | Apr 23 2025 01:47:00 | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14464330 | ^ | MEBN | Apr 23 2025 01:44:14 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14463895 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2025 01:47:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14484936 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14463896 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14463897 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14464334 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Funding, 2365 Northside Drive, Ste30, San Diego, CA 92108-2710 |
| 14474777 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14494521 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 23 2025 01:48:00 | ONYX Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14464335 | | Email/Text: CollectionsDept@PFCU.COM | Apr 23 2025 01:47:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14463899 | | Email/Text: info@plazaservicesllc.com | Apr 23 2025 01:47:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 14463900 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2025 01:58:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14483789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2025 01:58:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14463898 | + | Email/Text: CollectionsDept@PFCU.COM | Apr 23 2025 01:47:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14474383 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2025 01:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14463901 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 23 2025 01:48:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14856637 | + | Email/Text: BK@servicingdivision.com | Apr 23 2025 01:47:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14463902 | + | Email/Text: bankruptcy@sw-credit.com | Apr 23 2025 01:48:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14463903 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 23 2025 01:47:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14463904 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:58:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14494125 | ^ | MEBN | Apr 23 2025 01:44:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14463905 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:57:53 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14494686 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 23 2025 01:47:00 | The Bank of New York Mellon, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14491615 | + | Email/Text: BK@servicingdivision.com | Apr 23 2025 01:47:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14463906 | + | Email/Text: BK@servicingdivision.com | Apr 23 2025 01:47:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14464345 | ^ | MEBN | Apr 23 2025 01:44:08 | Waypoint Resource Group, POB 8588, Round Rock, TX 78683-8588 |
| 14464344 | ^ | MEBN | Apr 23 2025 01:44:07 | Waypoint Resource Group, 301 Sundance Parkway, Round Rock, TX 78681-8004 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14464314 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14464315 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14464317 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14464318 | *+ | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14464319 | *+ | Chase Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14464322 | *+ | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14464323 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14464326 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14464325 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

Case 20-10767-amc   Doc 130   Filed 04/24/25   Entered 04/25/25 00:33:56   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 62 |

| | | |
|---|---|---|
| 14464327 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14464328 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14464331 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14464332 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14464333 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14464336 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 14464337 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14464338 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14464339 | *+ | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14464340 | *+ | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14464341 | *+ | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14464342 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14464343 | *+ | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14527224 | ##+ | Wyngate Community Association, c/o Eric R. Solomon, Esq, 1101 East Hector Street, Ste 460, Conshohocken, PA 19428-2458 |

TOTAL: 0 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

**Name** — **Email Address**

**BRIAN CRAIG NICHOLAS**
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor The Money Source  Inc. bkgroup@kmllawgroup.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

**JAMES RANDOLPH WOOD**
on behalf of Creditor Cheltenham School District and Township of Cheltenham jwood@portnoffonline.com jwood@ecf.inforuptcy.com

**JILL MARIE FEIN**
on behalf of Creditor THE BANK OF NEW YORK MELLON jfein@hillwallack.com lharkins@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

**JOSHUA I. GOLDMAN**
on behalf of Creditor THE BANK OF NEW YORK MELLON Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

**KEELY CARR BRADY**
on behalf of Creditor Wyngate Community Association scissne@bradycissnelaw.com

**KENNETH E. WEST**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 62 |

ecfemails@ph13trustee.com  philaecf@gmail.com

**MICHELE PEREZ CAPILATO**
on behalf of Debtor Jaynee Alexis Davis michelecapilatolaw@gmail.com
perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor THE BANK OF NEW YORK MELLON mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM J LEVANT**
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com

TOTAL: 13

*Form 138OBJ* (6/24)−doc 129 − 127

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Jaynee Alexis Davis ) | Case No. 20−10767−amc |
|    fka Jaynee A Reeves ) | |
|    fka Jaynee Reeves Baptiste ) | |
| ) | Chapter: 13 |
|    Debtor(s). ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court